U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC -6 PM 2: 19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.** CR 412-274 |
| | ) | CLERK ___ SO. DIST. OF GA. |
| **V.** | ) | **VIO: 18 U.S.C. § 371** |
| | ) | **Conspiracy** |
| **BO DUKES** | ) | |
| | ) | **18 U.S.C. § 641** |
| **and** | ) | **Theft of Government** |
| | ) | **Property** |
| **EMILY IRENE DUKES** | ) | |
| | ) | **18 U.S.C. § 2** |
| | ) | **Aiding and Abetting** |

**THE GRAND JURY CHARGES THAT:**

**<u>COUNT ONE</u>**
*Conspiracy*
18 U.S.C. § 371

1. Beginning at least on or about September 16, 2012 and continuing thereafter until on or about November 2, 2012, the exact dates being unknown to the Grand Jury, in Chatham County, within the Southern District of Georgia and elsewhere, the Defendants

**BO DUKES, and**
**EMILY DUKES**

did knowingly and willfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, theft of government property in violation of Title 18, United States Code, Section 641.

2. It was part of the conspiracy and the objects thereof for Defendants, aided and abetted by each other, to steal property from the United States and illegally convert the property to United States currency for their personal benefit.

3. In furtherance of this conspiracy, and to effect the objects thereof, the defendants committed one or more of the following overt acts, among others:

a. Defendant **BO DUKES** and **EMILY DUKES**, aided and abetted by each other, obtained access to General Services Administration's website, selected United States property for purchase, and caused the Department of Defense to pay for the selected property.

b. Defendant **BO DUKES** and **EMILY DUKES**, aided and abetted by each other, caused the selected United States property to be shipped to their residence at 4016 Fenwick Village Drive, Savannah, Georgia, 31419, rather than the Department of Defense.

c. Defendant **BO DUKES** and **EMILY DUKES**, aided and abetted by each other, sold and pawned the United States property to obtain currency for their personal benefit.

All in violation of Title 18, United State Code, Sections 371.

**COUNT TWO**
*Theft of Government Property*
18 U.S.C. § 641

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Beginning at least on or about September 16, 2012 and continuing thereafter until on or about November 2, 2012, the exact dates being unknown to the Grand Jury, in Chatham County, within the Southern District of Georgia and elsewhere, the Defendants

**BO DUKES, and**
**EMILY DUKES**

aided and abetted by each other, did knowingly and willfully steal and convert to their own use property belonging to the United States, that is, approximately $154,160.20 worth of property maintained by the General Services Administration, with the intent to deprive the United States of the use and benefit, to which they were not entitled.

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18 United States Code, Section 981(a)(1)(C), as incorporated by Title 28 United States Code, Section 2461.

2. Upon conviction of the counts in this Indictment, the named Defendants shall forfeit to the United States of America, pursuant to Title 18 United States Code, Section 981(a)(1)(C), as incorporated by Title 28 United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

3. If any property subject to forfeiture as a result of any act or omission of the Defendants Bo Dukes and Emily Dukes:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code, Section 853(p), as incorporated by Title 28 United States Code, Section 2461.

All pursuant to Title 18 United States Code, Section 981(a)(1)(C), as incorporated by Title 28 United States Code, Section 2461.

A True Bill.

Foreperson

Edward J. Tarver
United States Attorney

James D. Durham
First Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

Tania D. Groover*
Assistant United States Attorney
*Denotes Lead Counsel