# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CHANGE OF PLEA IN  SAVANNAH DIVISION

CRIMINAL NO. CR412-274 AT  SAVANNAH GEORGIA .

*********************************************************

WITH CONSENT OF THE COURT, THE DEFENDANT  Bo Dukes , HAVING PREVIOUSLY ENTERED A PLEA OF  Not Guilty , HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF  Guilty  TO  Count 1  IN THE INDICTMENT.

THIS 8th DAY OF April, ~~2012.~~ 2013

NOLLE PROSSE AS TO COUNT(S)  2

X _____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

[FILED U.S. DISTRICT COURT SAVANNAH DIV. 2013 APR -8 PM 4:3_]