SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUDGE: WILLIAM T. MOORE, JR.
DATE: 10/3/13

CRIMINAL CASE NO. CR 412-274-01
UNITED STATES OF AMERICA VS. BO DUKES

COURTROOM DEPUTY BODAFORD

COURT REPORTER COWART

ATTORNEY(S) FOR THE GOVERNMENT:

TANIA GROOVER

ATTORNEY(S) FOR THE DEFENDANT:

TOLY A. SIAMOS

U.S. PROBATION OFFICER: Brass, G. II

✓ Presentence Report Reviewed In Full
___ Objections to Factual Basis
✓ Objections To Guidelines Calculations
___ Probation Officer Testifies
___ Changes Ordered in Factual Basis/Calculations
✓ No Changes Ordered
✓ Findings Of The Court
___ Factual Witnesses Testify
✓ Statements Of Counsel
✓ Statements By Defendant
✓ Sentence Pronounced

OTHER DIRECTIVES OF THE COURT

___ Attach Statement of Reasons to the Judgment
___ Transcribe Statement of Reasons
✓ Appeal Rights of Defendant Explained
___ Appellate Disclosure Forms Provided
✓ Notice of Counsel's Post-Conviction Obligations Provided

DEFENDANT SENTENCED ON COUNT(S) 1

Custody 27 Months B.O.P.
Probation —
Supervised Release 3 Years
Special Conditions ✓
Fine $ —
Restitution $ 134,328.38 J&S
Special Assessment $ 100.00
To Be Paid IMMEDIATELY
Community Service 40 hours
Facility Recommended ✓
Defendant Remanded To The USM ___
Voluntary Surrender 2pm, Nov. 4, 2013
To USM ☐ To Facility ☑
Nolle Prosse Count(s) 2
Plea Agreement Accepted and Ratified ✓
Departure From Guidelines ___
Upward ___ Downward ___

U.S. Deputy Marshal GERRY, MARK  Time 10:31 to 10:48 Total 17 min.

Court Security Officer BUTCH

– D is required to attend AA meetings once a week during the first 12 months of supervision.